# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN SECOUSSE,<br><br>     Plaintiff,<br><br> vs.<br><br>VOLVO CAR USA, LLC; and DOES<br>1 through 50. inclusive,<br><br>     Defendants. | **CASE NO.: 8:22-cv-00852-DOC-ADS**<br>(Removed from Orange County Superior Court<br>– Case No. 30-2022-01249996-CU-BC-WJC)<br><br>Judge: Hon. David O. Carter<br><br>**ORDER RE JOINT STIPULATION<br>TO REMAND [8]**<br><br>Action Filed: March 15, 2022<br>Trial:   None |

The parties' Joint Stipulation to Remand is **GRANTED**. This case shall be remanded to the Orange County Superior Court forthwith.

**IT IS SO ORDERED**.

DATED:  May 16, 2022

            *David O. Carter*

The Honorable David O. Carter
United States District Court Judge